Robyn E. Bladow (Bar No. 205189)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
robyn.bladow@kirkland.com

*Counsel for Defendant*
*Colgate-Palmolive Company*

Jeffrey R. Krinsk (Bar No. 109234)
David J. Harris, Jr. (Bar No. 286204)
John J. Nelson (Bar No. 317598)
**FINKELSTEIN & KRINSK LLP**
550 West C Street, Suite 1760
San Diego, CA 92101
Telephone:  (619) 238-1333
Facsimile:  (619) 238-5425
jrk@classactionlaw.com
djh@classactionlaw.com
jjn@classactionlaw.com

*Counsel for Plaintiff Melissa L. Vigil*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MELISSA L. VIGIL, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br><br>COLGATE-PALMOLIVE CO.<br><br><br><br>      Defendant. | Case No. 4:17-cv-00929-JSW<br><br> Hon. Jeffrey S. White<br><br>**JOINT STIPULATION TO CONTINUE STAY PENDING THE OUTCOME OF RELATED CASES** AS MODIFIED AND ORDER THEREON<br><br>Courtroom:     Oakland, Ct. Rm. 5 |

1       Plaintiff Melissa Vigil ("Plaintiff") and Defendant Colgate-Palmolive Company ("Colgate")

2  (together, the "Parties"), through their respective counsel of record, hereby stipulate and agree as

3  follows:

4       1.     WHEREAS, on April 20, 2017, this Court granted Colgate's motion to stay this

5  action pursuant to the first-filed doctrine in light of *Jacqueline Dean v. Colgate-Palmolive Company*,

6  No. 5:15-cv-00107-JGB-DTB (C.D. Cal.) ("*Dean*").

7       2.     WHEREAS, the parties have met and conferred and discussed the *Dean* case as well

8  as a related case, *Willis v. Colgate-Palmolive Company*, No. 1:19-cv-08542-JGB (C.D. Cal.) (filed

9  on October 3, 2019) ("*Willis*"), both of which are pending before the Honorable Jesus G. Bernal in

10  the Central District of California.

11       3.     WHEREAS, given the ongoing statuses of *Dean* and *Willis* and in the interest of

12  preserving judicial economy, the Parties respectfully request that the Court continue the stay of this

13  action pending the outcomes of both *Willis* and *Dean*.

14       4.     NOW THEREFORE, the Parties stipulate and respectfully request that the Court

15  continue the stay pending the outcomes of *Dean* and *Willis*. The parties further stipulate and agree

16  that they will jointly update the Court within ~~thirty (30)~~ ten (10) days of the resolution of *Dean* and *Willis*.

1   DATED:  January 24, 2020                Respectfully submitted,

2
                                            __s/_____
3                                           Robyn E. Bladow (Bar No. 205189)
                                            **KIRKLAND & ELLIS LLP**
4                                           333 South Hope Street
                                            Los Angeles, CA 90071
5                                           Telephone: (213) 680-8400
                                            Facsimile: (213) 680-8500
6                                           robyn.bladow@kirkland.com

7
                                            *Counsel for Defendant*
8                                           *Colgate-Palmolive Company*

9   DATED:  January 24, 2020                __s/_____
                                            Jeffrey R. Krinsk (Bar No. 109234)
10                                          David J. Harris (Bar No. 286204)
                                            **FINKELSTEIN & KRINSK LLP**
11                                          550 West C Street, Suite 1760
                                            San Diego, CA 92101
12                                          Telephone:  (619) 238-1333
                                            Facsimile: (619) 238-5425
13                                          jrk@classactionlaw.com
                                            djh@classactionlaw.com
14

15                                          *Counsel for Plaintiff Melissa L. Vigil*

16

17

18  IT IS SO ORDERED.

19
    Dated:  January 27, 2020
20

21

22  _____
    JEFFREY S. WHITE
23  UNITED STATES DISTRICT JUDGE

24

25

26

27

28
                                        2
    **JOINT STIPULATION TO CONTINUE STAY PENDING OUTCOME OF**        Case No. 4:17-cv-00929-JSW
    **RELATED CASES**