FINKELSTEIN & KRINSK LLP
David J. Harris, Jr. Esq. (SBN 286204)
djh@classactionlaw.com
501 West Broadway, Suite 1260
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile:  (619) 238-5425

*Counsel for Plaintiff Melissa L. Vigil*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA L. VIGIL, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>COLGATE-PALMOLIVE CO.,<br><br>                    Defendant. | Case No: 4:17-cv-00929-JSW<br><br><br><br>**PLAINTIFF'S FED. R. CIV. P. 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL** |

- 1 -

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL                    Case No. 4:17-cv-00929-JSW

Plaintiff Melissa L. Vigil, through her counsel, hereby voluntarily dismisses the above-captioned action. Because Defendant Colgate-Palmolive Company has not yet filed an answer or a motion for summary judgment, this action may be voluntarily dismissed upon the filing of this notice, and without an order of the Court.   Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 2, 2023

Respectfully submitted,

FINKELSTEIN & KRINSK LLP

By: s/ *David J. Harris, Jr.*_____

Jeffrey R. Krinsk, Esq.
501 West Broadway, Suite 1260
San Diego, CA 92101
Telephone:  (619) 238-1333
Facsimile:   (619) 238-5425

*Counsel for Plaintiff Melissa L. Vigil*

- 2 -

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL                    Case No. 4:17-cv-00929-JSW